# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**HERBERT NAVARRO,**

    Plaintiff,

v.                                                                           No. 13-cv-0320 MV/SMV

**FORREST PROPS., INC. and**
**INTERMOUNTAIN MGMT., LLC,**

    **Defendants and Third-Party Plaintiffs,**

v.

**HARRELL CONTRACTING GRP., LLC,**

    **Third-Party Defendant and**
    **Third-Party Plaintiff,**

v.

**AM. DIRECT PROCUREMENT, INC., and**
**PARAGON CONTRACTORS CORP.,**

    **Third-Party Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    February 13, 2014, at 3:00 p.m.

    **Matter to be heard**:  Status of the case.

A telephonic status conference is hereby set for **February 13, 2014, at 3:00 p.m.** Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538,** to connect to the proceedings. Parties shall be prepared to discuss whether they have already proceeded to private settlement facilitation and whether the Court needs to enter a new scheduling order amending the case management deadlines.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**