## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**HERBERT NAVARRO,**

    Plaintiff,

v.                                                                                  No. 13-cv-0320 MV/SMV

**MARRIOTT INT'L, INC.;**[1]
**FORREST PROPS., INC.; and**
**INTERMOUNTAIN MGMT., LLC;**

    **Defendants and Third-Party Plaintiffs,**

v.

**HARRELL CONTRACTING GRP., LLC,**

    Third-Party Defendant and
    Third-Party Plaintiff,

v.

**AM. DIRECT PROCUREMENT, INC., and**
**PARAGON CONTRACTORS CORP.,**

    Third-Party Defendants.

### ORDER SETTING SECOND TELEPHONIC
### RULE 16 SCHEDULING CONFERENCE

    **Date and time**:      April 22, 2014, at 11:00 a.m.

    **Matter to be heard**:    Telephonic Rule 16 Scheduling Conference

    A telephonic status conference is hereby set for **April 22, 2014, at 11:00 a.m.** Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538,** to

---

[1] Defendant Marriott International, Inc., was dismissed without prejudice per stipulation by the parties on April 16, 2013.

connect to the proceedings.  Parties shall be prepared to discuss the status of discovery and assist the Court in selecting appropriate case management deadlines.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**