IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HERBERT NAVARRO,

    Plaintiff,

v.                                                              No. 13-cv-0320 MV/SMV

MARRIOTT INT'L, INC.;[1]
FORREST PROPS., INC.; and
INTERMOUNTAIN MGMT., LLC;

    Defendants and Third-Party Plaintiffs,

v.

HARRELL CONTRACTING GRP., LLC,

    Third-Party Defendant and
    Third-Party Plaintiff,

v.

AM. DIRECT PROCUREMENT, INC., and
PARAGON CONTRACTORS CORP.,

    Third-Party Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

On April 21, 2014, the parties notified the Court that they reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **May 21, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                                           _____
                                                                           STEPHAN M. VIDMAR
                                                                           United States Magistrate Judge

---

[1] Defendant Marriott International, Inc., was dismissed without prejudice per stipulation by the parties. [Doc. 6].